**STATE of Missouri, Respondent,**

v.

**Joseph Leslie EVERHART, Appellant.**

**No. WD 34344.**

Missouri Court of Appeals,
Western District.

Aug. 9, 1983.

Cenobio Lozano, Jr. and Leonard L. Smith, Harrisonville, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, for respondent.

Before SOMERVILLE, P.J., TURNAGE, C.J., and MANFORD, J.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for rape, in violation of § 566.030, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed.

All concur.

Rule 30.25(b).